#111   #128868

FILED
2010 SEP 20 PM 3:10
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: WILLIAMS, KENNETH F., SR.  Case No. 09-34230
WILLIAMS, MARIA R.

Chapter 7

Judge: MARY ANN WHIPPLE

Debtor(s).

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Keybank | P.O. Box 94968<br>Cleveland, OH 44101 | $2.79 |
| American Express Bank FSB<br>c/o Becket and Lee LLP | P.O. Box 3001<br>Malvern, PA 19355-0701 | $1.20 |
| American Express Centurion<br>c/o Becket and Lee LLP | P.O. Box 3001<br>Malvern, PA 19355-0701 | $0.11 |
| Promedica | P.O. Box 2804<br>Toledo, OH 43606 | $2.56 |

Check for $6.66 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Dated: 9/27/2010

_____
John N. Graham, Trustee